USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12/16/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re Petrochina Company Ltd. Securities Litigation

**ORDER**

Master File No. 1:13-cv-06180 (ER)

<u>CLASS ACTION</u>

<u>Ramos, D.J.</u>:

On October 23, 2014, this Court granted Lead Plaintiffs leave to file a second amended complaint, which was filed on November 14, 2014.

Given the filing of an amended complaint, the Clerk of the Court is respectfully directed to terminate Defendant's Motion to Dismiss, Doc. 26, which is hereby DENIED as moot.

Defendant shall file its intended motion to dismiss on or before January 9, 2015, in accordance with the parties' extended briefing schedule. Counsel is reminded that any subsequent motions must comply with the Court's individual practices, which require a moving party to submit a letter setting forth the basis for an anticipated motion.

SO ORDERED.

Dated: December 16, 2014
       New York, New York

_____
Edgardo Ramos, U.S.D.J.