UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | : | |
|---|---|---|
| In re PetroChina Company Ltd. Securities Litigation | : | Master File No.: 1:13-cv-6180 (ER) |
| | : | |
| | : | <u>CLASS ACTION</u> |
| | : | |
| | : | **NOTICE OF MOTION** |
| | : | |
| | : | **ORAL ARGUMENT REQUESTED** |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

This Document Relates to: ALL ACTIONS

     PLEASE TAKE NOTICE that, upon the accompanying declaration of Tom A. Paskowitz, dated February 13, 2015, and the exhibits attached thereto, the accompanying memorandum of law in support of this motion, and any other submissions that shall be made in support of this motion, the undersigned counsel, on behalf of Defendant PetroChina Company Limited ("PetroChina"), will move this Court, before the Honorable Edgardo Ramos, at the United States Courthouse, 40 Foley Square, New York, New York, on a date and time to be determined by the Court, to dismiss the Second Amended Complaint, in its entirety and with prejudice, pursuant to the Private Securities Litigation Reform Act and Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure.

     PLEASE TAKE FURTHER NOTICE that, pursuant to this Court's January 29, 2015 order, Plaintiffs shall file their opposition to this motion by March 27, 2015, and PetroChina shall file its reply brief in further support of this motion by April 17, 2015.

Dated: New York, New York
February 13, 2015

                                                    SIDLEY AUSTIN LLP

                                                    By:   */s/ Tom A. Paskowitz*
                                                        A. Robert Pietrzak (rpietrzak@sidley.com)
                                                        Joel M. Mitnick (jmitnick@sidley.com)
                                                         Tom A. Paskowitz (tpaskowitz@sidley.com)
                                                        Benjamin F. Burry (bburry@sidley.com)
                                                        787 Seventh Avenue
                                                        New York, New York 10019
                                                        Telephone: (212) 839-5300

                                          *Attorneys for Defendant*
                                          *PetroChina Company Limited*