```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/24/2015
```

**MEMO ENDORSED**

# The Rosen Law Firm
### INVESTOR COUNSEL

Phillip Kim, Esq.
pkim@rosenlegal.com

April 22, 2015

BY FAX

Honorable Edgardo Ramos
United States District Judge
40 Foley Square
New York, NY 10007-1312
Fax: (212) 805-7943

The application is ✓ granted.
___ denied.

*[signature]*

Edgardo Ramos, U.S.D.J.
Dated: 4/24/15
New York, New York 10007

Re:   *In re PetroChina Company Ltd. Sec. Litig.*, No. 13-CV-6180 (ER)

Your Honor:

We are lead counsel to Lead Plaintiffs in the above action. We write to request an extension of time to respond to the motion to dismiss of Defendant PetroChina Company Limited (dkt. # 42) to May 1, 2015. The original deadline to respond is April 24, 2015. The Court previously granted Lead Plaintiffs' request for a stay of their deadline to respond until it could hold a pre-motion conference on Lead Plaintiffs' motion for leave to amend which would have mooted PetroChina's motion to dismiss.[1] PetroChina has graciously consented to the extension. (Dkt. # 45). The extension is necessary because of a medical emergency affecting the attorney chiefly responsible for drafting Lead Plaintiffs' opposition to PetroChina's motion to dismiss.

Respectfully submitted,

*[signature]*

Phillip Kim, Esq.

cc:   A. Robert Pietrzak, Esq. (by email: rpietrzak@sidley.com)
      Joel M. Mitnick, Esq. (by email: jmitnick@sidley.com)

---

[1] Lead Plaintiffs will not seek a further extension to file their response to Defendants' motion to dismiss.

THE ROSEN LAW FIRM, P.A. ♦ 275 MADISON AVENUE, 34TH FLOOR ♦ NEW YORK, NY 10016 ♦ TEL: (212) 686-1060 ♦ FAX: (212) 202-3827